IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Securities and Exchange Commission, | )<br>) C/A No. 2:21-1761-MBS<br>) |
| Plaintiff, | ) |
| vs. | )<br>) |
| Edgar M. Radjabli; Apis Capital Management, LLC; and My Loan Doctor, LLC, | ) **O R D E R**<br>)<br>) |
| Defendants. | )<br>)<br>) |

This matter is before the court on motion for entry of final judgment against Defendants Edgar Radjabli, Apis Capital Management, LLC, and My Loan Doctor, LLC, which motion was filed by Plaintiff Securities and Exchange Commission on June 21, 2021. Defendants have each signed a consent to the entry of final judgment.

The court is informed that Defendants are represented by Jenice Malecki, Esquire, a member of the New York, Massachusetts, and District of Columbia Bars. Because the only action to be taken at this time is entry of judgment, the court waives the local counsel requirements of Local Rules 83.I.05. Based on her representation to the court that she is counsel for all Defendants, the court finds that the representation by Ms. Malecki, whose signature is appended to each consent, satisfies the mandate that artificial entities appear in federal court only through licensed counsel. <u>Dugan v. Schamens</u>, 833 Fed. App'x 981, 983-84 (4th Cir. 2020).

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Charleston, South Carolina
July 16, 2021