# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) | Case No. 2:21-CV-01761-MBS |
| Plaintiff, | ) ) | **NOTICE OF SATISFACTION** |
| v. | ) ) | |
| EDGAR M. RADJABLI, et al., | ) ) | |
| Defendants. | ) | |

Plaintiff, United States Securities and Exchange Commission ("Commission"), hereby notifies the Court that the monetary provisions of the Final Judgment entered by this Court on July 19, 2021 [Doc. 8] ("Final Judgment") as to Edgar M. Radjabli, APIS Capital Management, LLC, and My Loan Doctor, LLC only are deemed satisfied by the Commission. All other non-monetary provisions, and relief granted by, the Final Judgment remain in effect. This Notice of Satisfaction of Monetary Provisions only of the Final Judgment against Edgar M. Radjabli, APIS Capital Management, LLC, and My Loan Doctor, LLC are not to be construed as a release against any of the other liens, abstracts or the Final Judgment against any other defendants in this action or any other action.

Dated: January 6, 2023

                                                      Respectfully submitted,

                                                      By: *James C. Levenits, Jr.*
                                                      JAMES LEVENTIS (#9406)
                                                      Assistant United States Attorney
                                                      1441 Main Street, Suite 500
                                                      Columbia, SC 29201
                                                      Telephone: (803) 606-0188
                                                      Email: james.leventis@usdoj.gov

Michael J. Roessner
U.S. SECURITIES AND
EXCHANGE COMMISSION
Division of Enforcement
100 F Street, N.E.
Washington, DC  20549
Telephone: (202) 551-4347
RoessnerM@sec.gov

2